| Attorney or Party without Attorney: FURTADO, JASPOVICE AND SIMONS<br>22274 MAIN STREET<br>HAYWARD, CA 94541 | Telephone No.: (510) 582-1080 | 0 | For Court Use Only |
|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: MCDONOUGH; ET AL.
Defendant: UNITED STATES OF AMERICA; ET AL.

| PROOF OF SERVICE<br>(Summons In A Civil Case) | Hearing Date: | Time: | Dept/Div | Case Number: C07-03087BZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. **I served copies** of the:
   Summons In A Civil Case; Complaint For Damages; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Ecf Registration Information Handout; Filing Process Guidlines Handout; Order Setting Initial Cmc And Adr Deadlines; Notice Of Availability Of Magistrate Judge; Civil Case Cover Sheet

3. a. Party Served:       UNITED STATES OF AMERICA (Defendant)

   b. Person Served:      DIAN LACKEY, MANAGER

4. Address where the party was served:    UNITED STATES ATTORNEY'S OFFICE
   450 GOLDEN GATE AVENUE
   10TH FLOOR, CIVIL DIVISION
   SAN FRANCISCO, CA 94102

5. I served the party:
   a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue, Jun. 19, 2007 (2) at: 9:00AM

7. Person who served the papers:
   a. JOHNNY COLLINS
   b. **WAKEMAN PROCESS SERVICE INC.**
   22283 Main Street
   Hayward, CA 94541
   c. (510) 886-7667

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee* for service was: $50.00
   e. I am: (3) Registered California process server.
      (i) Independent Contractor
      (ii) Registration No.: 361
      (iii) County: SAN MATEO
      (iv) Expiration: May. 15, 2007

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Jun. 21, 2007
Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev Jan. 01, 2007

PROOF OF SERVICE      (JOHNNY COLLINS)      FURTADO.51172