SCOTT N. SCHOOLS (SC Bar No. 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

   450 Golden Gate Avenue, Ninth Floor
   San Francisco, California 94102
   Telephone:    (415) 436-6909
   Facsimile:    (415) 436-6748
   Email: jonathan.lee@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL P. MCDONOUGH,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | No. C 07-3087 MMC<br><br>**NOTICE OF UNAVAILABILITY** |

TO THE PLAINTIFF:

Defendant's counsel will be unavailable from August 4, 2007 through August 12, 2007.

Please be advised that scheduling hearings during these dates of unavailability could subject you to sanctions. *Tenderloin Housing Clinics v. Sparks*, 8 Cal. App. 4th 299, 30-305 (1992).

                                          Respectfully submitted,

                                          KEVIN V. RYAN
                                          United States Attorney

Dated: August 3, 2007                          /s/
                                          JONATHAN U. LEE
                                          Assistant United States Attorney