1  RICHARD J. SIMONS, ESQ. SBN: 72676
   FURTADO, JASPOVICE & SIMONS
2  A Law Corporation
   22274 Main Street
3  Hayward, CA  94541
   510/582-1080 Telephones
4  510/582-8254 Facsimile
5  Rick@fjslaw.com

6  Attorneys for Plaintiff
   CARL P. McDONOUGH
7

8

9                          UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11 CARL P. McDONOUGH,                         No:  CV07-03087 MMC

12         Plaintiff,                         CERTIFICATE OF SERVICE

13 v.

14 UNITED STATES OF AMERICA,

15         Defendant.
                                          /
16

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

FURTADO, JASPOVICE
& SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF 94541
(510) 582-1080

Certificate of Service

## CERTIFICATE OF SERVICE
### (FRCP Rule 5)

I am a citizen of the United States and reside in Alameda County; I am over the age of eighteen years and not a party to the within entitled action; my business address is 22274 Main Street, Hayward, California 94541.

On August 16, 2007, I served the within:

**CASE MANAGEMENT CONFERENCE ORDER; and**

**STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**

on interested parties in said action by the following means:

[X]    By First Class Mail    By placing a true copy thereof enclosed in a sealed envelope with postage thereon, fully prepaid, for collection and mailing following the firm's ordinary business practice for deposit in the United States mail in Hayward, California, addressed as shown below.

[ ]    By Overnight Delivery  By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

[ ]    By Facsimile Transmission – By transmitting a true copy thereof by facsimile transmission from facsimile number (510) 582-8254 to the interested parties to said action at the facsimile number(s) shown below. The facsimile transmission was reported as complete and without error.

Jonathan Unruh Lee
United States Attorneys Office
P.O. Box 36055
San Francisco, CA 94102-3495

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 16, 2007 at Hayward, California.

*Desiree Rambaran*
Desiree Rambaran

FURTADO, JASPOVICE
& SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF 94541
(510) 582-1080

Certificate of Service