1  RICHARD J. SIMONS, ESQ.
   Furtado Jaspovice & Simons
2  22274 Main Street
   Hayward, CA 94541
3  510-582-1080
   Email: rick@fjslaw.com
4  Attorneys for Plaintiff MCDONOUGH

5  SCOTT N. SCHOOLS (S.C. BN 9990)
   United States Attorney
6  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
7  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
8
       450 Golden Gate Avenue, Ninth Floor
9      San Francisco, California 94102
       Telephone:      (415) 436-6909
10     Facsimile:      (415) 436-6748
       Email: jonathan.lee@usdoj.gov
11
   Attorneys for UNITED STATES OF AMERICA
12
                  UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN FRANCISCO DIVISION
15

16 CARL P. MCDONOUGH,                )    No. C 07-3087 MMC
                                     )
17                                   )    **STIPULATION AND ORDER**
           Plaintiff,                )    **REGARDING CASE MANAGEMENT**
18                                   )    **CONFERENCE**
        v.                           )
19                                   )
   UNITED STATES OF AMERICA,         )    Date:   October 5, 2007
20                                   )    Time:   10:30 a.m.
                                     )    Place:  Courtroom 7, 19th Floor
21         Defendant.                )            450 Golden Gate Avenue
   _____)            San Francisco, CA
22                                        Judge:  Hon. Maxine M. Chesney

23
        Subject to the approval of this Court, Plaintiff Carl McDonough and Defendant United
24
   States of America, by and through their undersigned counsel, stipulate to postpone the Case
25
   Management Conference from October 5, 2007 to November 9, 2007, at the time and place
26
   shown above, with the Joint Case Management Statement to be due November 2, 2007. If
27
   November 9, 2007 is not available on the Court's calendar, the parties request a resetting of the
28
   Stipulation and Proposed Order
   Cases C 07-3087 MMC

1  Case Management Conference to the first available Friday after November 9, 2007 other than
2  Friday, November 23, 2007 which is during the Thanksgiving holiday period.
3      Counsel have agreed to this postponement to accommodate scheduling conflicts both Mr.
4  Simons and Mr. Lee have for October 5, 2007.

**IT IS SO STIPULATED.**

DATED: September 6, 2007                FURTADO JASPOVICE & SIMONS

                                        /s/
                                        RICHARD J. SIMONS, ESQ.
                                        Attorneys for Plaintiff MCDONOUGH


DATED: September 10, 2007               SCOTT N. SCHOOLS
                                        United States Attorney

                                        /s/
                                        JONATHAN U. LEE
                                        Assistant United States Attorney
                                        Attorneys for Federal Defendant


**APPROVED AND SO ORDERED**.

The new date for the Case Management Conference is November 9, 2007, at 10:30 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  The Joint Case Management Conference Statement shall be filed on or before November 2, 2007.

DATED: September 10, 2007               [signature]
                                        THE HON. MAXINE M. CHESNEY
                                        United States District Court Judge

Stipulation and Proposed Order
Cases C 07-3087 MMC