1  RICHARD J. SIMONS, ESQ. SBN: 72676
   FURTADO, JASPOVICE & SIMONS
2  A Law Corporation
   22274 Main Street
3  Hayward, CA 94541
   510/582-1080 Telephones
4  510/582-8254 Facsimile
   Email: Rick@fjslaw.com
5
   Attorneys for Plaintiff
6  CARL P. McDONOUGH

7  SCOTT N. SCHOOLS (S.C. BN 9990)
   United States Attorney
8  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
9  JONATHAN U. LEE
   Assistant United States Attorney
10 450 Golden Gate Avenue, Ninth Floor
   San Francisco, CA 94102
11 415/436-6909 Telephone
   415/436-6748 Facsimile
12 Email: jonathan.lee@usdoj.gov
13
   Attorneys for Defendant
14 UNITED STATES OF AMERICA

15
                    UNITED STATES DISTRICT COURT
16                 NORTHERN DISTRICT OF CALIFORNIA

17                                   No: CV07-03087 MMC

18 CARL P. McDONOUGH,               JOINT CASE MANAGEMENT
19              Plaintiff,          CONFERENCE STATEMENT AND
                                    PROPOSED ORDER
20 v.
                                    Date:  11/9/07
21 UNITED STATES OF AMERICA,        Time:  10:30 a.m.
                                    Ctrm:  7, 19th Floor
22             Defendant.                  450 Golden Gate Avenue
                                           San Francisco
23 _____/        Judge: Hon. Maxine M. Chesney

24        The parties to the above-entitled action jointly submit this Case Management Statement and

25 Proposed Order and request the Court to adopt it as its Case Management Order in this case.

26

FURTADO, JASPOVICE
& SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF. 94541
(510) 582-1080

JOINT CASE MANAGEMENT CONFERENCE            1
STATEMENT AND PROPOSED ORDER

1    I.    **JURISDICTION AND SERVICE.**  This action arises under the Federal Tort Claims Act, 28 U.S.C.

2    §2671 *et seq.*, and jurisdiction of the Court arises under 38 U.S.C. §1346.  The only defendant, the

3    United States of America, has been served.

4    II.    **FACTS.**  Plaintiff Carl P. McDonough is the sole survivor of Carl A. McDonough, deceased,

5    father of the plaintiff.  Decedent was a patient at the Livermore Veterans Administration Skilled

6    Nursing Facility between March, 2005, and November, 2005.  Decedent was under care for multiple

7    medical conditions, which included a prior mechanical heart valve surgery and a CVA (cerebral

8    vascular accident).  Decedent's care included ongoing administration of the anticoagulant drug

9    Cumadin, also known as Warfarin.  On or about October 6, 2005, decedent's Cumadin order expired,

10   and was not renewed.  His blood thinners were discontinued.  Decedent suffered a major embolic

11   CVA in early November, 2005, resulting in his death on November 19, 2005.

12          The principle disputed factual issues are as follows: (1) Whether the defendant and its

13   employees were negligent in the discontinuation of decedent's Cumadin, and whether or not

14   defendant was negligent in the policies, procedures, and protocols of the Livermore VA-SNF which

15   allowed the discontinuation of decedent's anticoagulant therapies; (2) Whether or not said

16   negligence was a substantial factor in decedent's death; and (3) The nature and extent of damages

17   suffered by plaintiff.

18   III.    **LEGAL ISSUES.**  Negligence, Causation, and Damages.

19   IV.    **MOTIONS.**  There are no pending motions.  No motions are anticipated at this time, pending

20   future discovery.

21   

22   V.    **AMENDMENT OF PLEADINGS.**  None anticipated unless additional survivors or plaintiffs are

23   identified.

24   VI.    **EVIDENCE PRESERVATION.**  At this time there are no issues of evidence preservation that

25   have arisen.

26

FURTADO, JASPOVICE
& SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF. 94541
(510) 582-1080

JOINT CASE MANAGEMENT CONFERENCE
STATEMENT AND PROPOSED ORDER

2

VII.    **DISCLOSURES.**  Plaintiff has provided decedent's medical records from Livermore VA-SNF, his own birth certificate, decedent's death certificate, photographs of decedent taken during his lifetime, and documentation of the economic losses sustained, to the defendant through the administrative claims process. No initial disclosures have formally been made. The parties stipulate to initial disclosures pursuant to Fed. R. Civ. Proc. 26 being exchanged on November 23, 2007.

VIII.    **DISCOVERY.**  No discovery has been undertaken to date. The parties propose the following discovery plan:  Defendant to depose plaintiff and to propound written discovery after CMC. Plaintiff intends to serve written discovery on policies and protocols, and subsequently depose some health care and supervisory personnel from the VA.  The parties see no need for limits in view of the limited discovery anticipated.

IX.    **CLASS ACTIONS.**  Inapplicable.

X.    **RELATED CASES.**  None. The possibility of a claim by an estranged survivor of decedent is recognized.

XI.    **RELIEF.**  Plaintiff seeks damages in the amount of $350,000.00, representing $250,000.00 in non-economic damages as limited by California law, and $100,000.00 in economic damages for loss of economic support, based upon decedent's anticipated life expectancy and his monthly contribution to plaintiff's household expenses.

XII.    **SETTLEMENT AND ADR.**  The parties request assignment of a mediator through the Court's ADR process.

XIII.    **CONSENT TO MAGISTRATE JUDGE.**  The defendant has declined to consent to a Magistrate Judge for trial.

XIV.    **OTHER REFERENCES.**  None applicable.

XV.    **NARROWING OF ISSUES.**  Not applicable.

XVI.    **EXPEDITED SCHEDULE.**  Not Applicable.

FURTADO, JASPOVICE
& SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF 94541
(510) 582 1080

JOINT CASE MANAGEMENT CONFERENCE
STATEMENT AND PROPOSED ORDER

3

XVII.   **SCHEDULING**.  Plaintiff proposes the following dates for this matter:

|  | 1. | Exchange of Initial Disclosures | 11/23/2007 |
|--|----|--------------------------------|-----------|
|  | 2. | Designation of Experts | 4/11/2008 |
|  | 3. | Fact Discovery Close | 4/30/2008 |
|  | 4. | Expert Discovery Close | 5/27/2008 |
|  | 5. | Hearing of Dispositive Motions | 6/25/2008 |
|  | 6. | Pre-Trial Conference | 7/11/08 |
|  | 7. | Trial | 7/28/08 |

XVIII.  **TRIAL**.  By statute, this case is a Court Trial.  Expected length of trial is 3-4 days.

XIX.    **DISCLOSURE OF NON-PARTY INTERESTS**.  Plaintiff has filed a certification of no interests.

XX.     **CERTIFICATION**.   Signing counsel to this Joint Statement hereby certify that neither party knows of any persons, firms, partnerships, corporations, or other entities who have either (1) a financial interest in the subject matter in controversy or any party to the proceeding; or (2) any other kind of interest that could be substantially affected by the outcome of this proceeding.

Dated: 11-2-07

FURTADO, JASPOVICE & SIMONS
A Law Corporation

By _____
RICHARD J. SIMONS
Attorneys for Plaintiff
CARL P. McDONOUGH

Dated: 11-2-07

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

By _____/S/_____
JONATHAN U. LEE
Attorneys for Defendant
UNITED STATES OF AMERICA

///

///

FURTADO, JASPOVICE
& SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF 94541
(510) 582-1080

JOINT CASE MANAGEMENT CONFERENCE
STATEMENT AND PROPOSED ORDER

4

1

**CASE MANAGEMENT ORDER**

2       The Case Management Statement and Proposed Order are hereby adopted by the Court as

3   the Case Management Order for the case and the parties are ordered to comply with this Order.  In

4   addition the Court orders:

5

6   Dated: _____

7                                                    THE HONORABLE MAXINE M. CHESNEY
                                                     United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FURTADO, JASPOVICE
& SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF. 94541
·5101 582-1080

JOINT CASE MANAGEMENT CONFERENCE
STATEMENT AND PROPOSED ORDER