SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7322
   Facsimile:  (415) 436-6748
   Email: michael.t.pyle@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL P. McDONOUGH,<br>    Plaintiff,<br>  v.<br>UNITED STATES OF AMERICA,<br>    Defendant. | No. C 07-03087 MMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT UNITED STATES OF AMERICA** |

-2-

1  TO THE CLERK OF THE COURT AND TO ALL PARTIES HEREIN:

2  PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of
3  Michael T. Pyle, Assistant United States Attorney, and to withdraw the appearance of Jonathan
4  U. Lee, Assistant United States Attorney, who was formerly assigned to represent Defendant
5  United States of America.  The Clerk is requested to change the docket sheet and other Court
6  records so as to reflect that all Orders and communications from the Court will in the future be
7  directed to AUSA Michael T. Pyle at the above mailing address, telephone number, facsimile
8  number and e-mail address.

9  Please take notice that, from the date of this request, service on the above-named Defendant
10 should be made on Mr. Pyle only.  Please amend your service lists accordingly.  While Joann M.
11 Swanson, Chief of the Civil Division, and Scott N. Schools, United States Attorney, will appear
12 on the pleadings with Mr. Pyle, no service need be made on them.

13
14                                      Respectfully submitted,

                                        SCOTT N. SCHOOLS
15                                      United States Attorney

16

17 Dated: November 5, 2007            _____/s/_____
                                        MICHAEL T. PYLE
18                                      Assistant United States Attorney

19
20
21
22
23
24
25
26
27
28