## CIVIL MINUTES

**Judge MAXINE M. CHESNEY**

E-Filing

Date: NOV -9 2007

C-07-3087-MMC

CARL McDONOUGH       v.       UNITED STATES

Attorneys: RICHARD SIMONS            MICHAEL PYLE

Deputy Clerk: **TRACY LUCERO**      Reporter: NOT REPORTED

### PROCEEDINGS:                                    RULING:

1. _____    _____
2. _____    _____
3. _____    _____
4. _____    _____

( ) Status Conference   ( ) P/T Conference   (✓) _Initial_ Case Management Conference

### ORDERED AFTER HEARING:

Dispositive motion filing DEADLINE is 5/30/08.
MEET & CONFER by 7/14/08. Joint statement due by 5/30/08.

(✓) ORDER TO BE PREPARED BY: Plntf____ Deft____ Court ✓

(✓) Referred to ~~Magistrate~~ ADR For: MEDIATION
     (✓) By Court
(✓) CASE CONTINUED TO 6/6/08 @ 10:30 for FURTHER STATUS CONFERENCE

Discovery Cut-Off  3/21/08               Expert Discovery Cut-Off  5/16/08
π/Δ ~~Plntf~~ to Name Experts by  4/11/08     π/Δ REBUTTAL ~~Deft~~ to Name Experts by  4/25/08

P/T Conference Date 8/19/08 @ 3:00  Trial Date 9/2/08 @ 9:00  Set for 3-4 days
                        Type of Trial: ( )Jury  (✓)Court  (TUESDAY)
Notes: _____