# UNITED STATES DISTRICT COURT

### Northern District of California

| McDonough, | 07-03087 MMC MED |
|---|---|
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| United States of America, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Sue J. Stott**
Thelen Reid Brown Raysman & Steiner, LLP
101 Second St., Suite 1800
San Francisco, CA 94105-3606
415-369-7712

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03087 MMC MED                              - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

Dated: November 27, 2007

                                     RICHARD W. WIEKING
                                     Clerk
                                     by:     Alice M. Fiel

                                     ADR Case Administrator
                                     415-522-3148
                                     Alice_Fiel@cand.uscourts.gov

United States District Court
Northern District of California

**Notice of Appointment of Mediator**
07-03087 MMC MED                           - 2 -