SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7322
   Facsimile:  (415) 436-6748
   Email: michael.t.pyle@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL P. McDONOUGH,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C 07-03087 MMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE LAST DAY**<br>**FOR MEDIATION AND LAST DAY**<br>**FOR FACT DISCOVERY** |

    The undersigned participated in a telephone conference with the court-appointed mediator in this action, Sue J. Stott, Esq., on December 20, 2007.  They agreed, on behalf of their respective clients, and with the concurrence of the mediator, to hold the mediation on February 20, 2008.  The undersigned therefore stipulate, subject to the court's approval, to continue the last day to complete the mediation from **February 11, 2008** to **February 28, 2008** (to allow time to conduct the mediation on February 20, 2008 and allow a short time thereafter if some follow up effort with the mediator's assistance were appropriate) and to continue the last day for completing fact discovery from **March 21, 2008** to **April 18, 2008** (to allow the parties sufficient time to take any necessary fact discovery should mediation be unsuccessful).  This is the first continuance requested by either party for these dates and the undersigned do not believe that changing these dates would require any changes to the other dates previously set by the court.

1 changing these dates would require any changes to the other dates previously set by the court.
2
3 **IT IS SO STIPULATED:**
4                               SCOTT N. SCHOOLS
                              United States Attorney
5
6
  Dated: December 21, 2007          /s/
7                               MICHAEL T. PYLE
                              Assistant United States Attorney
8                               Attorneys for Defendant USA
9                               FURTADO, JASPOVICE & SIMONS
10
  Dated: December 21, 2007
11                              RICHARD J. SIMONS
                             Attorneys for Plaintiff Carl P. McDonough
12
  **APPROVED AND SO ORDERED:**
13
14
     The new date for the last day to complete mediation is February 28, 2008 and the new
15
  date for the last date to complete fact discovery is April 18, 2008.
16
17 DATED: December 27, 2007
                              THE HON. MAXINE M. CHESNEY
18                               United States District Judge
19
20
21
22
23
24
25
26
27
28 STIP. AND PROP. ORDER TO CONTINUE MEDIATION/FACT DISCOVERY
    C07-03087 MMC                   -2-