# UNITED STATES DISTRICT COURT

### Northern District of California

McDonough,

    Plaintiff(s),

v.

United States of America,

    Defendant(s).

No. C 07-03087 MMC MED

**Certification of ADR Session**

*Instructions*: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) Feb. 20, 2008

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: 2/21/08

_____
Mediator, Sue J. Stott
Thelen Reid Brown Raysman & Steiner, LLP
101 Second St., Suite 1800
San Francisco, CA 94105-3606

**Certification of ADR Session**
07-03087 MMC MED