| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (SBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143)<br>Chief, Civil Division |
| 3 | MICHAEL T. PYLE (SBN 172954)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Ninth Floor<br>San Francisco, California 94102<br>Telephone:       (415) 436-7322 |
| 6 | Facsimile:        (415) 436-6748<br>Email: michael.t.pyle@usdoj.gov |
| 7 | |
| 8 | Attorneys for UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CARL P. MCDONOUGH, | ) | No. C 07-3087 MMC |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties to this action by and through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

DATED: February __, 2008

_/s/ Carl P. McDonough_
Carl P. McDonough, Plaintiff

| | |
|---|---|
| DATED: February __, 2008 | FURTADO, JASPOVICE & SIMONS |
| | _____ |
| | Richard J. Simons |
| | Attorneys for Plaintiff |
| DATED: ~~February~~ *March* 28, 2008 | JOSEPH P. RUSSONIELLO |
| | United States Attorney |
| | _____ |
| | Michael T. Pyle |
| | Assistant United States Attorney |
| | Attorneys for Defendant United States of America |

STIPULATION OF DISMISSAL WITH PREJUDICE
No. 07-3087 MMC                    -2-